# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 16-1457

Carlos Rosado v. USA

(District Court/Agency No. 2-15-cv-02152)

# O R D E R

The Court has received petition for rehearing by **Appellant.** According to Fed. R. App. P. 35(a)(b) and Third Circuit LAR 35.4, your document does not comply with the following court requirement(s):

Pursuant to Fed. R. App. P. 35(c) and 40(a)(1), the petition has not been filed in a timely manner. Accordingly, a motion to file out of time is required.

Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if the Court finds that a party continues not to be in compliance with the rules despite notice by the Clerk, the Court may, in its discretion, impose sanctions as it may deem appropriate, including but not limited to the dismissal of the appeal, imposition of costs or disciplinary sanctions upon a party or counsel.

The above deficiencies must be corrected by **09/06/2016**.
No action will be taken on the document until these deficiencies are corrected.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:  August 22, 2016
Mark E. Coyne, Esq.
Carlos A. Rosado